IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
2003 JUL -2 A 10: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
v.                        )   No. 98 CV 12256 WGY
                          )
CITY OF LAWRENCE,         )
MASSACHUSETTS, et al.     )
                          )
            Defendants.   )

## JOINT MOTION TO AMEND SETTLEMENT AGREEMENT OF FEBRUARY 21, 2002, REGARDING UNITED STATES' FIRST SUPPLEMENTAL COMPLAINT

The parties to the above-captioned case hereby jointly move for a minor amendment to the redistricting plan included in the settlement agreement submitted to the Court on February 21, 2002, and entered on February 27, 2002.

The reasons for this motion are stated in the attached memorandum.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>**UNITED STATES OF AMERICA**<br>RALPH F. BOYD JR.<br>Assistant Attorney General<br>Civil Rights Division | Defendants,<br>**CITY OF LAWRENCE, et al.**<br>By their attorneys |

Plaintiff,
**UNITED STATES OF AMERICA**
RALPH F. BOYD JR.
Assistant Attorney General
Civil Rights Division

*/s/*

JOSEPH D. RICH
REBECCA J. WERTZ
STEPHEN B. PERSHING
JON M. GREENBAUM
Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.,
Room 7254-NWB
Washington, D.C. 20530
(202) 305-1238

MICHAEL J. SULLIVAN
United States Attorney

NANCY RUE
Assistant United States Attorney

Dated: 7/2/03

Defendants,
**CITY OF LAWRENCE, et al.**
By their attorneys

William A. McDermott, Jr., Esq
SULLIVAN & McDERMOTT
1996 Centre Street
West Roxbury, MA 02132
(617) 323-0213

## CERTIFICATE OF SERVICE

I certify that on this __2__ day of __July_____, 2003, I caused the foregoing joint motion to amend settlement agreement, with supporting memorandum and two (2) attachments, to be served by facsimile machine and first-class mail upon the following persons:

William A. McDermott, Jr., Esq.
Sullivan & McDermott
1996 Centre Street
West Roxbury, Massachusetts 02132
Fax: (617) 323-3384

Anne Randazzo, Esq.
Assistant City Attorney
City of Lawrence
City Hall
200 Common Street
Lawrence, Massachusetts 01840
Fax: (978) 794-5799

Nancy Rue, Esq.
Assistant United States Attorney
United States Court House
1 Courthouse Way
Boston, Massachusetts 02210
Fax: (617) 748-3969

_/s/ Aaron P. Gregor_
Aaron P. Gregor
USAO