IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 JUL -2 A 10: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 98 CV 12256 WGY |
| CITY OF LAWRENCE, ) MASSACHUSETTS, et al. ) | |
| Defendants. ) | |

## MEMORANDUM IN SUPPORT
## OF JOINT MOTION TO AMEND
## SETTLEMENT AGREEMENT OF FEBRUARY 21, 2002, REGARDING
## UNITED STATES' FIRST SUPPLEMENTAL COMPLAINT

On February 21, 2002, the parties in the above-captioned case submitted to this Court a settlement agreement by which they intended to dispose of all claims in the United States' First Supplemental Complaint under Section 2 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973. The Court entered the settlement agreement and order on February 27, 2002. At the center of the parties' February 2002 agreement was a redistricting plan that the parties had negotiated. Elections for Lawrence School Committee were held under that plan in 2001. The first elections for Lawrence City Council under that plan are set to be held in September 2003 (primary) and November 2003 (general).

In 2003, the City of Lawrence discovered that its February 2002 settlement redistricting plan, as submitted and approved by the Court, had inadvertently placed the residence of the city councillor previously elected from District C, Nilka Alvarez-Rodriguez, in District D, counter to the parties' intentions to keep her residence in District C. In the present motion, the parties

jointly submit an amendment to the settlement redistricting plan that places Ms. Alvarez-Rodriguez' residence and its immediate surroundings in District C, and fulfills in that respect the intention shared by the parties during the negotiations that led to the February 2002 agreement. The proposed amendment makes further minor changes to the boundaries of one voting precinct each in Districts C and D of the settlement plan in order to minimize the effects of this change on the population and racial composition of the two districts affected. An ordinance of the City of Lawrence which passed the city council on May 6, 2003, enacts these proposed changes and makes them ripe for submission to the Court.

The maps and tables attached hereto as Attachments 1 and 2, prepared by the City, show that the proposed amendments move 427 of Lawrence's total 2000 Census population of 72,043 persons from District D (Precinct D-3) to District C (Precinct C-2), and move 431 persons from District C (Precinct C-2) to District D (Precinct D-3). Of the 427 persons moved to District C, 369 are Hispanic; of the 431 persons moved to District D, 360 are Hispanic. The net effect of these changes is that District C's total population decreases by 4 persons, from 12,539 to 12,535, and its Hispanic population increases by 9 persons, from 9,283 to 9,292, while District D's total population increases by 4 persons, from 12,459 to 12,463, and its Hispanic population decreases by 9 persons, from 8,992 to 8,983. Data compiled by the City from November 2001 voter registration figures[1] indicate that the proposed amendment will cause very slight shifts in voter

---

[1] These data were derived as follows: The City assigned voters to precincts by its own methods, and transmitted to the Department of Justice a list of registered voters showing those precinct assignments. The Department, through its consultant, used the U.S. Census Bureau's list of Hispanic surnames to determine which surnames on the voter list were Hispanic, and transmitted that information to the City. The City then used its own precinct assignments to calculate Hispanic voter registration by precinct for the plan submitted here. The United States cannot attest to the accuracy of the City's assignments of voters to precincts, and therefore cannot confirm the accuracy of the City's report of voter registration shifts; but the United States has determined that the districts and precincts shown on the map of the proposed plan have the 2000 Census total and voting age populations set forth in the City's tables.

registration by race in the two affected districts, as follows: Hispanics will be 58.66 percent of registered voters in the revised District C (2,797 of 4,768), whereas they were 58.75 percent of registered voters (2,801 of 4,768) in the settlement plan version of that district as submitted to the Court in February 2002; and Hispanics will be 54.95 percent of registered voters in the revised District D (2,498 of 4,546), whereas they were 54.86 percent of registered voters (2,494 of 4,546) in the settlement plan version of that district.

These fractional changes do not affect the commitment of either the United States or the defendants to the February 2002 settlement agreement in this case. The parties jointly represent, based on their separate inquiries, that the changes proposed in the present motion do not change the district of residence of any other incumbent district-based municipal officeholder in Lawrence, i.e., any member of the Lawrence City Council or School Committee, or the district of residence of any known candidate for such office.

This joint motion is submitted solely in order to correct an inadvertence in the original redistricting plan submitted to this Court in February 2002, and to fulfill the parties' shared intention not to disturb the district assignments of incumbent municipal officeholders under that plan.

WHEREFORE, the United States and defendants City of Lawrence, et al., hereby request that the Court amend its order of February 27, 2002, to incorporate the revised settlement redistricting plan attached hereto, such that it supersedes the plan previously ordered into effect.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>**UNITED STATES OF AMERICA**<br>RALPH F. BOYD JR.<br>Assistant Attorney General<br>Civil Rights Division | Defendants,<br>**CITY OF LAWRENCE, <u>et al.</u>**<br>By their attorneys |

_____
JOSEPH D. RICH
REBECCA J. WERTZ
STEPHEN B. PERSHING
JON M. GREENBAUM
Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.,
Room 7254-NWB
Washington, D.C. 20530
(202) 305-1238

MICHAEL J. SULLIVAN
United States Attorney

NANCY RUE
Assistant United States Attorney

Dated: ~~June 30, 2003~~
July 2, 2003

_____
William A. McDermott, Jr., Esq.
SULLIVAN AND MCDERMOTT
1996 Centre Street
West Roxbury, MA 02132
(617) 323-0213

# Attachment 1

# City of Lawrence
## USDC Approved Settlement Map



Legend: A1, A2, A3, A4, B1, B2, B3, B4, C1, C2, C3, C4, D1, D2, D3, D4, E1, E2, E3, E4, F1, F2, F3, F4

| Ward / Precinct | Projected Population Count 2001 | Projected Hisp/Latino | Overall Percentage |
|---|---|---|---|
| A-1 | 3007 | 1375 | 0.17 |
| A-2 | 3060 | 2394 | 1.93 |
| A-3 | 2931 | 1172 | -2.37 |
| A-4 | 2877 | 1518 | -4.16 |
| B-1 | 3023 | 1830 | 0.70 |
| B-2 | 2926 | 2394 | -2.53 |
| B-3 | 2963 | 2214 | -1.30 |
| B-4 | 3069 | 2143 | 2.23 |
| C-1 | 3096 | 1438 | 3.20 |
| C-2 | 3151 | 2650 | 4.96 |
| C-3 | 3140 | 2732 | 4.60 |
| C-4 | 3150 | 2463 | 4.93 |
| D-1 | 3131 | 1921 | 4.30 |
| D-2 | 3111 | 1996 | 3.63 |
| D-3 | 3075 | 2568 | 2.43 |
| D-4 | 3142 | 2507 | 4.66 |
| E-1 | 2871 | 1013 | -4.36 |
| E-2 | 2853 | 478 | -4.96 |
| E-3 | 2858 | 1126 | -4.80 |
| E-4 | 2944 | 1201 | -1.93 |
| F-1 | 2929 | 883 | -2.43 |
| F-2 | 2870 | 1861 | -4.40 |
| F-3 | 2900 | 1843 | -3.40 |
| F-4 | 2964 | 1499 | -1.27 |

### Proposed Amendment to USDC Approved Plan

| Census Blocks | From D-3 into C-2 Total Population | From D-3 into C-2 Hispanic Population |
|---|---|---|
| 1 | 136 | 123 |
| 2 | 146 | 118 |
| 3 | 145 | 128 |
| Totals | 427 | 369 |

| Census Blocks | From C-2 into D-3 Total Population | From C-2 into D-3 Hispanic Population |
|---|---|---|
| 1 | 105 | 93 |
| 2 | 163 | 170 |
| 3 | 0 | 0 |
| 4 | 42 | 79 |
| 5 | 121 | 118 |
| Totals | 431 | 360 |

**Net result on Overall Population Totals**
Overall Decrease in C-2 of 4
Overall Increase in D-3 of 4

**Net result on Overall Population %**
Overall Decrease in C-2 of .13% (From 4.96% to 4.83%)
Overall Increase in D-3 of .13% (From 2.43% to 2.56%)

**Net result on Hispanic Population Totals**
Overall Increase in C-2 of 9
Overall Decrease in D-3 of 9

**Net result on Hispanic Registration %**
Overall Decrease in Ward C of .09% (From 58.75% to 58.66%)
Overall Increase in Ward D of .09% (From 54.86% to 54.95%)

| Ward | Pop Count | Hisp/Latino | Total VAP | Hisp/Latino VAP | Total Reg | Hisp/Lat Reg | Hisp Pop % | Hisp VAP % | Hisp Reg % |
|---|---|---|---|---|---|---|---|---|---|
| A | 11875 | 6459 | 8167 | 3983 | 4847 | 1652 | 54.39 | 48.77 | 34.08 |
| B | 11981 | 8581 | 8440 | 5585 | 4812 | 2535 | 71.62 | 65.94 | 51.61 |
| C | 12539 | 9283 | 8046 | 5684 | 4768 | 2801 | 74.03 | 70.64 | 58.75 |
| D | 12459 | 8992 | 8097 | 5517 | 4546 | 2484 | 72.17 | 68.14 | 54.86 |
| E | 11526 | 3818 | 8391 | 2324 | 8111 | 1148 | 33.13 | 27.70 | 18.80 |
| F | 11663 | 5886 | 7883 | 3427 | 5103 | 1574 | 50.47 | 43.47 | 30.84 |

**Lawrence Office of Planning and Development**
Michael J. Sullivan - Mayor

Data Source: Newgrange Consulting

0  0.25  0.5  1  1.5 Miles



# City of Lawrence
# USDC Approved Map (C2 & D3)



Lawrence Office of Planning and Development
Michael J. Sullivan - Mayor

Data Source: Newgrange Consulting

0　500　1,000　2,000　3,000 Feet



# City of Lawrence
## USDC Approved Settlement Map
## District Level Data
### (6 Districts / 3 At-Large)

*Saturday, May 03, 2003*

| Ward | Pop Count | Hisp/Latino | Total VAP | Hisp/Latino VAP | Total Reg | Hisp/Lat Reg | Hisp Pop % | Hisp VAP % | Hisp Reg % |
|---|---|---|---|---|---|---|---|---|---|
| A | 11875 | 6459 | 8167 | 3983 | 4847 | 1652 | 54.39 | 48.77 | 34.08 |
| B | 11981 | 8581 | 8440 | 5565 | 4912 | 2535 | 71.62 | 65.94 | 51.61 |
| C | 12539 | 9283 | 8046 | 5684 | 4768 | 2801 | 74.03 | 70.64 | 58.75 |
| D | 12459 | 8992 | 8097 | 5517 | 4546 | 2494 | 72.17 | 68.14 | 54.86 |
| E | 11526 | 3818 | 8391 | 2324 | 6111 | 1149 | 33.13 | 27.70 | 18.80 |
| F | 11663 | 5886 | 7883 | 3427 | 5103 | 1574 | 50.47 | 43.47 | 30.84 |

# City of Lawrence
# *USDC Approved Settlement Map*
# *Precinct Level Data*
## *(6 Districts / 3 At-Large)*

| Ward / Precinct | Projected Population Count 2001 | Projected Hisp/Latino | Overall Percentage |
|---|---|---|---|
| A-1 | 3007 | 1375 | 0.17 |
| A-2 | 3060 | 2394 | 1.93 |
| A-3 | 2931 | 1172 | -2.37 |
| A-4 | 2877 | 1518 | -4.16 |
| B-1 | 3023 | 1830 | 0.70 |
| B-2 | 2926 | 2394 | -2.53 |
| B-3 | 2963 | 2214 | -1.30 |
| B-4 | 3069 | 2143 | 2.23 |
| C-1 | 3098 | 1438 | 3.20 |
| C-2 | 3151 | 2650 | 4.96 |
| C-3 | 3140 | 2732 | 4.60 |
| C-4 | 3150 | 2463 | 4.93 |
| D-1 | 3131 | 1921 | 4.30 |
| D-2 | 3111 | 1996 | 3.63 |
| D-3 | 3075 | 2568 | 2.43 |
| D-4 | 3142 | 2507 | 4.66 |
| E-1 | 2871 | 1013 | -4.36 |
| E-2 | 2853 | 478 | -4.96 |
| E-3 | 2858 | 1126 | -4.80 |
| E-4 | 2944 | 1201 | -1.93 |
| F-1 | 2929 | 683 | -2.43 |
| F-2 | 2870 | 1861 | -4.40 |
| F-3 | 2900 | 1843 | -3.40 |
| F-4 | 2964 | 1499 | -1.27 |

*Saturday, May 03, 2003*

# Attachment 2

# City of Lawrence
# Proposed Amendment to USDC Approved Map



| Ward / Precinct | Projected Population Count 2001 | Projected Hisp/Latino | Overall Percentage |
|---|---|---|---|
| A-1 | 3007 | 1375 | 0.17 |
| A-2 | 3060 | 2394 | 1.93 |
| A-3 | 2931 | 1172 | -2.37 |
| A-4 | 2877 | 1518 | -4.16 |
| B-1 | 3023 | 1830 | 0.70 |
| B-2 | 2926 | 2394 | -2.53 |
| B-3 | 2983 | 2214 | -1.30 |
| B-4 | 3069 | 2143 | 2.23 |
| C-1 | 3098 | 1438 | 3.20 |
| C-2 | 3147 | 2659 | 4.83 |
| C-3 | 3140 | 2732 | 4.60 |
| C-4 | 3150 | 2463 | 4.93 |
| D-1 | 3131 | 1921 | 4.30 |
| D-2 | 3111 | 1996 | 3.83 |
| D-3 | 3079 | 2559 | 2.56 |
| D-4 | 3142 | 2507 | 4.66 |
| E-1 | 2871 | 1013 | -4.38 |
| E-2 | 2853 | 478 | -4.96 |
| E-3 | 2858 | 1126 | -4.80 |
| E-4 | 2944 | 1201 | -1.93 |
| F-1 | 2929 | 883 | -2.43 |
| F-2 | 2870 | 1861 | -4.40 |
| F-3 | 2900 | 1843 | -3.40 |
| F-4 | 2964 | 1499 | -1.27 |

### Proposed Amendment to USDC Approved Plan

| Census Blocks | From D-3 into C-2 Total Population | From D-3 into C-2 Hispanic Population |
|---|---|---|
| 1 | 136 | 123 |
| 2 | 146 | 118 |
| 3 | 145 | 128 |
| Totals | 427 | 369 |

| Census Blocks | From C-2 into D-3 Total Population | From C-2 into D-3 Hispanic Population |
|---|---|---|
| 1 | 105 | 93 |
| 2 | 163 | 120 |
| 3 | 0 | 0 |
| 4 | 42 | 29 |
| 5 | 121 | 118 |
| Totals | 431 | 360 |

**Net result on Overall Population Totals**
Overall Decrease in C-2 of 4
Overall Increase in D-3 of 4

**Net result on Overall Population %**
Overall Decrease in C-2 of .13% (From 4.96% to 4.83%)
Overall Increase in D-3 of .13% (From 2.43% to 2.56%)

**Net result on Hispanic Population Totals**
Overall Increase in C-2 of 9
Overall Decrease in D-3 of 9

**Net result on Hispanic Registration %**
Overall Decrease in Ward C of .09% (From 58.75% to 58.66%)
Overall Increase in Ward D of .09% (From 54.86% to 54.95%)

| Ward | Pop Count | Hisp/Latino | Total VAP | Hisp/Latino VAP | Total Reg | Hisp/Lat Reg | Hisp Pop % | Hisp VAP % | Hisp Reg % |
|---|---|---|---|---|---|---|---|---|---|
| A | 11875 | 6459 | 8167 | 3983 | 4847 | 1652 | 54.39 | 48.77 | 34.08 |
| B | 11981 | 8581 | 8440 | 5585 | 4912 | 2535 | 71.62 | 65.94 | 51.61 |
| C | 12535 | 9292 | 8076 | 5709 | 4768 | 2797 | 74.13 | 70.69 | 58.66 |
| D | 12463 | 8983 | 8067 | 5482 | 4546 | 2498 | 72.08 | 68.08 | 54.95 |
| E | 11526 | 3818 | 8391 | 2324 | 6111 | 1149 | 33.13 | 27.70 | 18.80 |
| F | 11663 | 5886 | 7883 | 3427 | 5103 | 1574 | 50.47 | 43.47 | 30.84 |



Lawrence Office of Planning and Development
Michael J. Sullivan - Mayor

Data Source: Newgrange Consulting

0  0.25  0.5  1  1.5  Miles





# City of Lawrence
## Proposed Amendment to USDC Approved Map
### District Level Data
#### (6 Districts / 3 At-Large)

| Ward | Pop Count | Hisp/Latino | Total VAP | Hisp/Latino VAP | Total Reg | Hisp/Lat Reg | Hisp Pop % | Hisp VAP % | Hisp Reg % |
|---|---|---|---|---|---|---|---|---|---|
| A | 11875 | 6459 | 8167 | 3983 | 4847 | 1652 | 54.39 | 48.77 | 34.08 |
| B | 11981 | 8581 | 8440 | 5565 | 4912 | 2535 | 71.62 | 65.94 | 51.61 |
| C | 12535 | 9292 | 8076 | 5709 | 4768 | 2797 | 74.13 | 70.69 | 58.66 |
| D | 12463 | 8983 | 8067 | 5492 | 4546 | 2498 | 72.08 | 68.08 | 54.95 |
| E | 11526 | 3818 | 8391 | 2324 | 6111 | 1149 | 33.13 | 27.70 | 18.80 |
| F | 11663 | 5886 | 7883 | 3427 | 5103 | 1574 | 50.47 | 43.47 | 30.84 |

*Saturday, May 03, 2003*

# City of Lawrence
# Proposed Amendment to USDC Approved Map
# Precinct Level Data
## (6 Districts / 3 At-Large)

| Ward / Precinct | Projected Population Count 2001 | Projected Hisp/Latino | Overall Percentage |
|---|---|---|---|
| A-1 | 3007 | 1375 | 0.17 |
| A-2 | 3060 | 2394 | 1.93 |
| A-3 | 2931 | 1172 | -2.37 |
| A-4 | 2877 | 1518 | -4.16 |
| B-1 | 3023 | 1830 | 0.70 |
| B-2 | 2926 | 2394 | -2.53 |
| B-3 | 2963 | 2214 | -1.30 |
| B-4 | 3069 | 2143 | 2.23 |
| C-1 | 3098 | 1438 | 3.20 |
| C-2 | 3147 | 2659 | 4.83 |
| C-3 | 3140 | 2732 | 4.60 |
| C-4 | 3150 | 2463 | 4.93 |
| D-1 | 3131 | 1921 | 4.30 |
| D-2 | 3111 | 1996 | 3.63 |
| D-3 | 3079 | 2559 | 2.56 |
| D-4 | 3142 | 2507 | 4.66 |
| E-1 | 2871 | 1013 | -4.36 |
| E-2 | 2853 | 478 | -4.96 |
| E-3 | 2858 | 1126 | -4.80 |
| E-4 | 2944 | 1201 | -1.93 |
| F-1 | 2929 | 683 | -2.43 |
| F-2 | 2870 | 1861 | -4.40 |
| F-3 | 2900 | 1843 | -3.40 |
| F-4 | 2964 | 1499 | -1.27 |

*Saturday, May 03, 2003*